IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARK BANK,

    Appellant,

v.

U.S. BANK TRUST, N.A.,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-89-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

| s/ K. Frederickson, Deputy Clerk | August 17, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |